IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS MOSTOWFI, et al, | No   C-03-5784 VRW |
|     Plaintiffs, | ORDER |
|     v | |
| I2 TELECOM INTERNATIONAL INC, et al, | |
|     Defendants. | |

On October 10, 2005, plaintiffs sought leave of the court to exceed the 25-page limit set under Civ LR 7-4(b), and filed an 82-page opposition to the defendants' various motions to dismiss. Doc #176-1. The court DENIES plaintiffs' request for leave to exceed the page limit. By November 16, 2005, plaintiffs must file a new opposition to the motions to dismiss that does not exceed 25 pages. If defendants so choose, they may file a supplemental reply to this new opposition by November 30, 2005. The hearing will still be held as scheduled on December 15, 2005, at 2:00 PM.

//

//

**IT IS SO ORDERED.**

**VAUGHN R WALKER**

**United States District Chief Judge**